AO 91 (Rev.5/85) Criminal Complaint

SAUSA M. David Habich, (312) 829-8931

FEB 09 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF ___ILLINOIS, EASTERN DIVISION___

UNITED STATES OF AMERICA

v.

JUAN QUEZADA

(Name and Address of Defendant)

MAGISTRATE JUDGE VALDEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 12 CR 095

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __09/30/2008__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of Aggravated Criminal Sexual Abuse of a Child

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Deputy U.S. Marshal__ and that this complaint is based on the following
                                      Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

_____
Signature of Complainant
**Patrick B. Johnson
Detective, Chicago Police Department
Special Deputy United States Marshal**

Sworn to before me and subscribed in my presence,

February 9, 2012                              at     Chicago, Illinois
Date                                                  City and State

Maria Valdez, United States Magistrate Judge         _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

STATE OF ILLINOIS  )
                   )  ss
COUNTY OF COOK     )

## A F F I D A V I T

I, PATRICK B. JOHNSON, being duly sworn, depose and say:

1. I am a Chicago Police Department (CPD) Detective currently assigned as a Task Force Officer/Special Deputy United States Marshal working with the Federal Bureau of Investigation (FBI), Chicago Division Violent Crimes/Fugitive Task Force. I have been employed as a Chicago Police Officer for more than fifteen years and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by Chicago Police Department (CPD) detectives and by way of CPD investigative reports unless otherwise indicated.

2. On September 30, 2008, the Circuit Court of Cook County issued an arrest warrant for JUAN QUEZADA for the offense of Aggravated Criminal Sexual Abuse of a Child. The court issued this warrant after QUEZADA failed to appear following his release on bond from his arrest in August of 2007. A copy of the underlying state warrant is attached to this affidavit.

3. CPD officers arrested QUEZADA after he was identified as having sexually assaulted a six-year-old child who resided in the same apartment building as him. Following his arrest, QUEZADA

admitted to CPD Detectives that he abused the child. At the time, QUEZADA resided with a woman, ANA MORETA, who operated a daycare service from her home. In addition to the case for which the state arrest warrant was issued, QUEZADA is also being sought for questioning by CPD Detectives for another sexual assault of a child at the same daycare.

4. To date, attempts by CPD and the Federal Bureau of Investigation (FBI) failed to locate QUEZADA in the Chicago area. QUEZADA no longer resides with MORETA. Checks of other residences associated with and locations frequented by QUEZADA were negative. Additionally, a check of various databases available to the FBI failed to locate QUEZADA in the Chicago area.

5. In May of 2011, QUEZADA'S niece, ELENA QUEZADA (ELENA), provided information about her uncle. ELENA stated that she knew her uncle was wanted by the police and believed him to still be in the United States, although not in Illinois. ELENA advised that she believes QUEZADA is living with his son, JUAN CARLOS QUEZADA, in Northwest Indiana.

6. A recent check of public records shows that QUEZADA's son, JUAN CARLOS QUEZADA, resides at an address in Merrillville, Indiana. Merrillville is located in Northwest Indiana.

7. Based on the above information, I believe that JUAN QUEZADA fled the State of Illinois to avoid prosecution for Aggravated Criminal Sexual Abuse of a Child, an Illinois felony.

8. The Cook County State's Attorney's Office will extradite QUEZADA once he is located.

*[signature]*
PATRICK B. JOHNSON
Detective, Chicago Police Department
Special Deputy United States Marshal

Subscribed and Sworn to before
me this 9th day of February 2012

*[signature]*
Maria Valdez
United States Magistrate Judge

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs
JUAN QUEZADA

CASE NO. 07CR1697301 W001
WARRANT TYPE [ BFW ]

## DUPLICATE COPY - ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) JUAN QUEZADA for the offense of
(Description) AGG CRIM SEX ABUSE/VIC <13
(Chapter) 720 (Section) 5/12-16(c)(1)(i)
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook County at (Location) CRIMINAL COURT BUILDING (Room) 706
2600 S CALIFORNIA
CHICAGO, IL 60608
at 9:30 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

## GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook County 09/30/2008
Bail fixed at $ -- NO BAIL --

(Geographic Limitations)

Judge MARJORIE C. LAWS Code 1698

Prosecutor

Judge MARJORIE C. LAWS Code 1698

Witness: Clerk of the Court and seal thereof, 09/30/2008

Clerk of the Circuit Court _____  By Deputy Clerk _____

Name JUAN QUEZADA
Alias
Residence  City CHICAGO  IL  State  Zip 60639

| Sex | Race | Height | Weight | D. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHTHIS | 5' 0" | 165 lbs | | 53 | | | |

IR 001871261 | CB/DCN 16970470 | FBI 243890FB5 | SID 00039630010 | SSN 000000000 | BOND NO 08252454

Complainant's Name
Address  City  State  Zip
Arresting Officer  Star No 00000
Agency/Unit COOK COUNTY SHERIFF

Reviewed By: _____  Audited By: _____
Prosecutor  Clerk

Prepared by: SHERIFF FUG WARRANTS  Printed: 09/11/2011 07:31:41  System: SUPO.MAYW.SPMB.LESHFW01

CLERK OF THE CIRCUIT COURT OF COOK COUNTY